No. 89–1272. AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, ET AL. *v.* SKINNER, SECRETARY OF TRANSPORTATION. C. A. D. C. Cir. Certiorari denied. JUSTICE

924

MARSHALL would grant certiorari.